**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEVEN BURDA,                 :   No. 429 MAL 2022

             Petitioner      :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

             v.                      :

ALLA KORENMAN A/K/A ALLA BURDA,      :

             Respondent      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.